# FIFTH DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

_____

Case No. 5D2025-1314
LT Case No. 2006-CF-003929-A

_____

ROGER D. LEBLANC,

   Appellant,

   v.

STATE OF FLORIDA,

   Appellee.

_____

3.800 Appeal from the Circuit Court for Marion County.
Timothy Thomas McCourt, Judge.

Roger D. LeBlanc, Lowell, pro se.

James Uthmeier, Attorney General, Tallahassee, and Allison L. Morris, Assistant Attorney General, Daytona Beach, for Appellee.

October 14, 2025

PER CURIAM.

   AFFIRMED. *See Edwards v. State*, 760 So. 2d 226, 227 (Fla. 5th DCA 2000).

JAY, C.J., and WALLIS and EDWARDS, JJ., concur.

———————————————

*Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.*

———————————————